# Third District Court of Appeal
## State of Florida

Opinion filed May 24, 2023.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D22-0354
Lower Tribunal No. 18-38165

————————

**Government Employees Insurance Company,**
Appellant,

vs.

**Shayne Jensen, and Nicole Handwerker,**
Appellees.

An appeal from the Circuit Court for Miami-Dade County, Lourdes Simon, Judge.

Young, Bill, Boles, Palmer, Duke & Thompson, P.A., and Adam A. Duke, and Richard A. Weldy, for appellant.

Ver Ploeg & Marino, P.A., and Stephen A. Marino, Jr., and Michal Meiler, and Lindsay R. Abbondandolo; Bryant, Higby & Barr, Chartered, and Clifford C. Higby, and Kevin Barr (Panama City), for appellees.

Before SCALES, MILLER, and BOKOR, JJ.

PER CURIAM.

Affirmed.